```
           IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                   JONESBORO DIVISION
```

TAMMY HULSEY                                              Plaintiff

v.                           3:05CV00191 JFF

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                  Defendant


## **JUDGMENT**

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that Defendant's motion to dismiss is granted. Plaintiff's complaint is dismissed without prejudice.

IT IS SO ORDERED this 16th day of April, 2007.


                                    /s/John F. Forster, Jr.
                                 UNITED STATES MAGISTRATE JUDGE